IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BEAU LEE DUBOIS**                                                                              **PETITIONER**
ADC # 153331

v.                          **CASE NO. 4:13CV00503 BSM**

**C. WILLIAMS, Records Officer,**
Wrightsville Unit, ADC; and **GRANT**
**HARRIS, Director of Records, ADOC**                           **RESPONDENTS**

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge Joe J. Volpe have been reviewed, along with petitioner Beau Lee DuBois's objections. After carefully considering the objections and making a *de novo* review of the record in this case, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

Pursuant to 28 U.S.C. § 2253 and Rule 11 of the Rules Governing Section 2554 Cases in the United States District Court, it is further determined that Mr. DuBois has not made a substantial showing of a denial of a constitutional right on any issue. Therefore, a certificate of appealability is denied. *See* 28 U.S.C. § 2253(c)(1)-(2).

IT IS THEREFORE ORDERED that Mr. DuBois's petition is dismissed without prejudice for failure to exhaust administrative remedies. A certificate of appealability is denied.

DATED this 8th day of May 2014.

                                                                          UNITED STATES DISTRICT JUDGE